No. 79-1266. STEADMAN *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 5th Cir. [Certiorari granted, *ante,* p. 917.] Motion of petitioner to dispense with printing appendix granted.

No. A-995 (79-1791). FLYNT *v.* GEORGIA. Application for stay of execution and enforcement of mandate of the Court of Appeals of Georgia, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant the application.

No. A-990 (79-1839). FAZIO ET AL. *v.* UNITED STATES. Application for stay of mandate of the United States Court of Appeals for the Fifth Circuit, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. 79-6390. MATTHEWS *v.* UNITED STATES;

No. 79-6412. MUINA *v.* DEPARTMENT OF PROFESSIONAL LICENSING OF MONTANA ET AL.; and

No. 79-6446. JONES *v.* PORTER, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 79-1136. BROWN & ROOT, INC., ET AL. *v.* JOYNER ET AL. C. A. 4th Cir. Certiorari denied.

No. 79-1280. FIRST INVESTMENT ANNUITY COMPANY OF AMERICA *v.* MILLER, SECRETARY OF THE TREASURY, ET AL.; and

No. 79-1281. INVESTMENT ANNUITY, INC. *v.* MILLER, SECRETARY OF THE TREASURY, ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 197 U. S. App. D. C. 235, 609 F. 2d 1.